UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
	Plaintiff

	v.

Case No.  11-cr-53-01-SM

<u>Philip Rizzuto,</u>
	Defendant

O R D E R

Defendant Rizzuto's motion to continue the final pretrial conference and trial for at least ninety days is granted  (document no. 8).  Trial has been rescheduled for the September  2011 trial period.  Defendant Rizzuto shall file a waiver of speedy trial rights not later than May 16, 2011.  On filing of such waiver,  his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 9, 2011 at 2:00 p.m.

Jury selection will take place on September 20, 2011 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 10, 2011

cc:  Jonathan Saxe, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation